**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

KIMBERLY CLAASSEN, INDIVIDUALLY : No. 347 WAL 2018
AND AS TRUSTEE FOR ALEXIS :
CLAASSEN AND AARON CLAASSEN :
AND ALEXIS CLAASSEN AND AARON : Petition for Allowance of Appeal from
CLAASSEN, INDIVIDUALLY, : the Order of the Superior Court
:
Respondents :
:
:
:
v. :
:
:
:
DOUGLAS CLAASSEN, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.